IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | No. 12-_10050_-01-JTM |
| ) | |
| **MICHAEL R. McGUIRE**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about September 4, 2011, in the District of Kansas, the defendant,

**MICHAEL R. McGUIRE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to-wit: a Smith & Wesson, model 642, .38 caliber revolver, serial number DCN5709, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

1.	The allegation contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

2.       Upon conviction of the offense in violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2), set forth in Count 1 of this Indictment, the defendant, **MICHAEL R. McGUIRE**, shall forfeit to the United States, pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a.  A Smith & Wesson, model 642, .38 caliber revolver, serial number DCN5709; and

b.  All ammunition.

All pursuant to Title 18, United States Code, § 924(d) and Title 28, United States Code, § 2461(c).

A TRUE BILL.

March 1, 2012                                    s/Foreperson
DATE                                             FOREMAN OF THE GRAND JURY


/s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
barry.grissom@usdoj.gov
KS. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)